Reade, J.
 

 It is stated in the bill, and it is satisfactorily proved by the evidence, that the receipt, which is for a specific sum, and in full of an account and notes, was not in fact in full of an account and notes, and was not so understood to be by the plaintiff when he signed it; and that it was so written by the agent of the intestate of the defendant, in whom the plaintiff confided, and therefore did not read it, in mistake or fraud.
 

 This mistake or fraud makes a proper subject for investigation in a Court of Equity; and the plaintiff has the right to have the receipt corrected, so as to make it a receipt for the specific sum named in it and for no more.
 

 To this it is objected that the complainant has complete remedy at law, for that when he sues at law and the receipt
 
 *165
 
 is offered in defense lie will not be concluded thereby; but may show the mistake or fraud.
 

 It is true that the plaintiff would not be
 
 concluded,
 
 but still the receipt would be
 
 prima facie
 
 evidence of the payment in full; and would put the complainant at the disadvantage of having to meet a
 
 prima fade
 
 case against him, which has been made so by the mistake or fraud of the agent of the defendant’s intestate.
 

 To be relieved from this disadvantage, and to have the receipt corrected so as to state the truth, is the right of the complainant in this court.
 

 Per Curlui.
 

 Decree accordingly.